552

No. 522. MANUFACTURERS' FINANCE Co. v. McKEY, TRUSTEE. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel A. Dew* and *Edward I. Rothbart* for petitioner. .*Mr. Thomas L. Marshall* for respondent.

No. 524. AKTIESELSKABET CUZCO v. THE SUCARSECO. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William H. McGrann* for petitioner. *Messrs. D. Roger Englar, Leonard J. Matteson,* and *Forrest E. Single* for respondent.

No. 566. RAILROAD RETIREMENT BOARD ET AL. v. ALTON RAILROAD Co. ET AL. December 17, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Biggs* for petitioners. *Messrs. Sydney R. Prince, R. V. Fletcher, Jacob Aronson, Edward S. Jouett, Dennis F. Lyons, Emmett E. McInnis,* and *Sidney S. Alderman* for respondents.

No. 534. NORRIS v. ALABAMA. January 7, 1935. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Walter H. Pollak* and *Osmond K. Fraenkel* for petitioner. *Messrs. Thomas E. Knight, Jr.,* and *Thomas Seay Lawson* for respondent.

No. 544. BERGER v. UNITED STATES. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Nathan D.*